**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

CESAR FERNANDEZ-RODRIGUEZ,

                               Defendant.
------------------------------------------ x

NOV 0 4 2021

ORDER

14 Crim. 383-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of Defendant's conviction and sentence of ten (10) years imprisonment in 20 Crim. 43-2, this Court hereby terminates Defendant's term of supervised release in the above captioned case unfavorably.

Dated: New York, New York
         November 3, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge